IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHERINE COWAN,                  :
AIS 188244,
                                  :
    Petitioner,
                                  :
vs.                               CA 09-0312-CG-C
                                  :
CYNTHIA S. WHEELER-WHITE,
                                  :
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 14, 2009 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 12th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE