IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATHERINE COWAN,                      :
AIS 188244,
                                      :
    Petitioner,
                                      :
vs.                                        CA 09-0312-CG-C
                                      :
CYNTHIA S. WHEELER-WHITE,
                                      :
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's order dated August 17, 2009.

**DONE and ORDERED** this 12th day of November, 2009.

                                            /s/ Callie V. S. Granade
                                            CHIEF UNITED STATES DISTRICT JUDGE